USDC SCAN INDEX SHEET

















```
JPP    9/24/04    12:59
3:04-CV-01247    JONES V. MCDONALDS CORP
*11*
*STIPO.*
```



| | |
|---|---|
| 1 | **GRIMM VRANJES McCORMICK & GRAHAM** |
| 2 | Kevin R. Graham (SB#95191)<br>550 West "C" Street, Suite 1100 |
| 3 | San Diego, CA 92101<br>Phone: (619) 231-8802 |
| 4 | Fax: (619) 233-6039 |

Attorneys for Defendant LENISA, INC. dba McDONALD'S #7673

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GYPSIE JONES, | ) | CASE NO. 04 CV 1247 JAH (WMc) |
| Plaintiff, | ) ) | STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS |
| v. | ) ) | FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS |
| McDONALD'S CORPORATION;<br>LENISA, INC. dba McDONALD'S<br>#7673; and DOES 1 through 10, | ) ) ) | ENTIRETY; ORDER THEREON |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between GYPSIE JONES, an individual, plaintiff, on the one hand, and defendants, LENISA, INC. dba McDonald's #7673 and McDONALD'S CORPORATION, on the other hand, through their respective attorneys of record, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2), this court enter a dismissal with prejudice of defendants from plaintiff's complaint, Case No. 04 CV 1247 JAH (Wmc). Additionally, plaintiff requests that plaintiff's complaint be dismissed with prejudice in its entirety.

The magistrate judge shall retain jurisdiction over all disputes between the parties arising out of the settlement agreement

/ / /

ENTERED ON [SEP 2 4 2004]

1

STIPULATION RE: DISMISSAL

04CV01247JAH

and release, including but not limited to interpretation and enforcement of the terms of the settlement agreement and release.

Dated: August ____, 2004          GRIMM, VRANJES,
                                  McCORMICK & GRAHAM, LLP

                                  By: _____
                                  Kevin R. Graham, Attorneys
                                  for Defendant Lenisa, Inc.
                                  dba McDonald's #7673

Dated: August, ____, 2004         MORRISON & FOERSTER

                                  By: _____
                                  Richard J. Bergstrom, III
                                  Attorneys for McDonald's
                                  Corporation

Dated: ~~August~~ Sept. 13, 2004   LAW OFFICE OF LYNN HUBBARD

                                  By: _____
                                  Lynn Hubbard, Attorneys for
                                  Plaintiff Gypsie Jones

### ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT IN ITS ENTIRETY

IT IS HEREBY ORDERED that defendants, LENISA, INC. dba McDONALD'S #7663 and McDONALD'S CORPORATION dismissed with prejudice from plaintiff's complaint, Case No. 04 CV 1247 JAH (Wmc). Additionally, plaintiff's complaint is dismissed in its entirety with prejudice.

The magistrate judge shall retain jurisdiction over all disputes between the parties arising out of the settlement agreement and release, including but not limited to interpretation and enforcement of the terms of the settlement agreement and release.

IT IS SO ORDERED.

Dated: 9-22-2004                  _____
                                  U.S. District ~~Magistrate~~ Judge

S:\Cases\240965\pld\dismissal.wpd

1  and release, including but not limited to interpretation and
2  enforcement of the terms of the settlement agreement and release.

3  Dated: ~~August~~ SEPT 21, 2004          GRIMM, VRANJES,
                                             McCORMICK & GRAHAM, LLP
4
5                                            By: /s/ Kevin R. Graham
                                                Kevin R. Graham, Attorneys
6                                               for Defendant Lenisa, Inc.
                                                dba McDonald's #7673

7  Dated: August, 20, 2004                   MORRISON & FOERSTER
8
9                                            By: /s/ Richard J. Bergstrom, III
                                                Richard J. Bergstrom, III
                                                Attorneys for McDonald's
10                                              Corporation

11 Dated: August ___, 2004                   LAW OFFICE OF LYNN HUBBARD
12
                                             By: _____
13                                              Lynn Hubbard, Attorneys for
                                                Plaintiff Gypsie Jones
14
           ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE
15            OF PLAINTIFF'S COMPLAINT IN ITS ENTIRETY

16
       IT IS HEREBY ORDERED that defendants, LENISA, INC. dba
17
   McDONALD'S #7663 and McDONALD'S CORPORATION dismissed with prejudice
18
   from plaintiff's complaint, Case No. 04 CV 1247 JAH (Wmc).
19
   Additionally, plaintiff's complaint is dismissed in its entirety
20
   with prejudice.
21
       The magistrate judge shall retain jurisdiction over all
22
   disputes between the parties arising out of the settlement agreement
23
   and release, including but not limited to interpretation and
24
   enforcement of the terms of the settlement agreement and release.
25
       IT IS SO ORDERED.
26
   Dated: _____           _____
27                                          U.S. District Magistrate Judge

28 S:\Cases\240965\pld\dismissal.wpd

---

2

STIPULATION RE: DISMISSAL                                    04CV01247JAH